**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JUNE 2, 2015**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD77154 | Richard C. Davis vs. State of Missouri |
| WD77909 | Joyce Elaine Rider-Diehl vs. Darrell Leroy Diehl |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD76978 | State of Missouri vs. Derrick C. Bluett |
| WD77262 | State of Missouri vs. Raheem K. Bland |
| WD77335 | State of Missouri vs. Sara Nichole Myers |